Kofi OBENG-AMPONSAH,
Plaintiff-Appellant,

v.

U.S. BANK NATIONAL ASSOCI-
ATION, Defendant-Appellee.

No. 14-56369

United States Court of Appeals,
Ninth Circuit.

Submitted February 14, 2017 *

Filed February 22, 2017

Kofi Obeng-Amponsah, Pro Se

Jenny Lee Merris, John M. Sorich, Par-
ker Ibrahim & Berg LLC, Costa Mesa,
CA, for Defendant-Appellee

Before: GOODWIN, FARRIS, and
FERNANDEZ, Circuit Judges.

MEMORANDUM **

Kofi Obeng-Amponsah appeals pro se
from the district court's judgment dismiss-
ing his diversity action alleging foreclosure
related claims. We have jurisdiction under
28 U.S.C. § 1291. We affirm.

In his opening brief, plaintiff fails to
address how the district court erred in
dismissing his action for failure to respond
to defendant's motion to dismiss. As a
result, he has waived his appeal of the
dismissal order. *See Smith v. Marsh*, 194

F.3d 1045, 1052 (9th Cir. 1999) ("[O]n ap-
peal, arguments not raised by a party in
its opening brief are deemed waived."); *see
also Greenwood v. FAA*, 28 F.3d 971, 977
(9th Cir. 1994) ("We will not manufacture
arguments for an appellant. . . .").

Because we affirm the district court's
dismissal for failure to respond, we do not
consider plaintiff's challenge to the district
court's interlocutory orders. *See Al–Torki
v. Kaempen*, 78 F.3d 1381, 1386 (9th Cir.
1996).

All pending motions are denied.

**AFFIRMED.**

---

\* The panel unanimously concludes this case is
  suitable for decision without oral argument.
  *See* Fed. R. App. P. 34(a)(2). Accordingly,
  plaintiff's request for oral argument set forth
  in the opening brief is denied.

\*\* This disposition is not appropriate for publi-
  cation and is not precedent except as provid-
  ed by Ninth Circuit Rule 36–3.

